OPINION — AG — YOU ASK WHETHER OR NOT RADAR EQUIPMENT MAY BE PURCHASED (A) FROM THE COURT FUND OF A COUNTY OR (B) FROM THE APPROPRIATION MADE TO THE OFFICE OF COUNTY ATTORNEY.? — THE COURT FUND OF A COUNTY MAY BE USED TO PURCHASE RADAR EQUIPMENT ONLY AS AND UNDER THE CONDITIONS PRESCRIBED BY SECTION 1 OF HOUSE BILL NO. 875 OF THE 1961 LEGISLATURE. CITE: OPINION NO. MAY 10, 1960 — BUSSEY, 68 O.S.H. 289(C) OPINION NO. DECEMBER 23, 1959 — WEBB (RICHARD HUFF)